**McGlinchey Stafford**
112 West 34th Street, Suite 1515
New York, New York 10120
T: 646 362-4055
F: 646-439-8059
Brian S. McGrath, Esq.
Kristen D. Romano, Esq.

*Counsel for Defendants Deutsche Bank National Trust Company,*
*as Trustee for First Franklin Mortgage Loan Trust 2006 FF9,*
*Mortgage Pass-Through Certificates, Series 2006-FFP and*
*Specialized Loan Servicing, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————————
In re:                                                    :    Chapter 13
                                                          :
KAREN T. BELTRAN,                                         :
                                                          :    Case No. 17-22419-rdd
                                    Debtor,               :
                                                          :
————————————————————————————————    :
GUSTAVIA HOME, LLC,                                       :
                                                          :    Adversary Proceeding
                                    Plaintiff             :    No. 17-08233-rdd
                                                          :
                   -against-                              :
                                                          :
DEUTSCHE    BANK    NATIONAL    TRUST                     :
COMPANY,    AS    TRUSTEE    FOR    FIRST                  :
FRANKLIN    MORTGAGE    LOAN    TRUST    2006              :
FF9,    MORTGAGE    PASS-THROUGH                          :
CERTIFICATES,    SERIES    2006-FF9,                      :
SPECIALIZED LOAN SERVICING, LLC,                          :
                                                          :
                                    Defendants.           :
                                                          :
————————————————————————————————

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for the parties that the time within which Defendants, Deutsche Bank National Trust

Company, as Trustee for First Franklin Mortgage Loan Trust 2006 FF9,

1898698.1

Mortgage Pass-Through Certificates, Series 2006-FF9 ("Deutsche Bank"), and Specialized Loan

Servicing, LLC, as servicer for Deutsche Bank, may answer or otherwise respond to the

Complaint is hereby extended up to and including July 3, 2017.

Nothing in this Stipulation is a waiver of the right to request from the Court a further

extension of time to answer or otherwise seek relief.

The parties to this Stipulation reserve all objections, rights and defenses they may have,

and entry into this Stipulation shall not impair or otherwise affect such objections, rights and

defenses, including challenges to personal jurisdiction, venue or the jurisdiction of this Court or

any other court.  It is further understood that nothing herein shall constitute a waiver of any

objections, rights, or defenses that any other defendant may have in this action.

This Stipulation may be signed by the parties in any number of counterparts, each of

which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be

deemed an original.

Dated:  June 19, 2017
         New York, New York

MCGLINCHEY STAFFORD


By:   */s/ Kristen D. Romano*
      Brian S. McGrath
      Kristen D. Romano
      112 West 34th Street, Suite 1515
      New York, New York
      Ph:  (646) 362-4055
      Fax: (646) 439-8059

      *Counsel for Defendants, Deutsche Bank*
      *National Trust Company,as Trustee for First*
      *Franklin Mortgage Loan Trust 2006 FF9,*
      *Mortgage Pass-Through Certificates, Series*
      *2006-FF9 and Specialized Loan Servicing,*
      *LLC*

HASBANI & LIGHT, P.C.

By: _____/s/ Rafi Hasbani_____
  Rafi Hasbani
  401 Park Avenue, 10th Floor
  New York, New York 10016
  Ph: (212) 490-6677

*Counsel for Plaintiff, Gustavia Home, LLC*