**CABANILLAS & ASSOCIATES, P.C.**
A NY PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**120 BLOOMINGDALE ROAD, SUITE 400**
**WHITE PLAINS, NEW YORK 10605**

CHRISTOPHER R. CABANILLAS *◊
WENDY MARIE WEATHERS *
ATHEEB U. KHATEEB *◦◊
LUZ A. LIZARAZO *
PATRICIA M. LATTANZIO*◊
QUENTEN E. GILLIAM*◦
SETH M. LEVY*◦
ROLFI J. ADON*◦
PHIONAH N. BROWN*
PAOLA D. VERA*◦
IRENE M. COSTELLO*^
LAUREN M. OSA *ǂ

*OF COUNSELS:*
JAMES R. WITTSTEIN◊
FRANK DANZI◦
SAWSAN Y. ZAKY*◦◊
VICTORIA LEHNING*
YALISSA ALFARO◦
STEPHEN W. FLYNN*

Admitted In:
* New York
◦ New Jersey
◊ Connecticut
^ Pennsylvania
ǂ Florida

PHONE: 914-385-0292
FAX:  914-615-6516

Reply to White Plains Office

Queens Office:
88-30 Sutphin Blvd.
Jamaica, NY 11435

Brooklyn Office:
39-16 5th Avenue
Brooklyn, NY 11217

Bronx Office:
1452 Westchester Ave.
Bronx, NY 10468

Suffolk Office:
781 Suffolk Avenue, 2nd Floor
Brentwood, NY 11717

New Jersey Office:
4100 Kennedy Blvd., Suite 102
Union City, NJ 07087

New Jersey Office:
825 Georges Road
North Brunswick, NJ 08902

Connecticut Office:
One Stamford Plaza
263 Tresser Blvd, 9th Flr
Stamford, CT 06901

May 16, 2018

Hon. Judge Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street Room 248
White Plains, NY 10601

    Re:  In re: Karen T. Beltran
         Chapter 13, Case No. 17-08233

Dear Hon. Judge Drain:

    Please allow the following to serve as the debtor's written request to address the status of the Adversary Proceeding. There has been no activity since August 30, 2017 and we respectfully request Motion for Summary Judgement to be filed.

    Thank you for your timely attention to this matter.

                                               CABANILLAS & ASSOCIATES, P.C.

                                               By: /s/Wendy Marie Weathers
                                                 Wendy Marie Weathers, Esq.
                                                 Cabanillas & Associates, P.C.
                                                 120 Bloomingdale Road, Ste 400
                                                 White Plains, New York 10605
                                                 Tel: (914) 418-2018
                                                 wweathers@cabanillaslaw.com

cc: Rafi Hasbani, Esq.
Hllawpc@Gmail.com

cc: Kristen D. Romano, Esq.
kromano@mcglinchey.com

{01338983 /1 }