# McGLINCHEY STAFFORD

ATTORNEYS AT LAW

Kristen D. Romano, Esq.
(646) 362-4055 (direct)
(646) 365-8059 (fax)
kromano@mcglinchey.com

112 West 34th Street, Suite 1515
New York, NY 10120
T (646) 362-4000
F (646) 607-4464

mcglinchey.com

| Alabama | New York |
| California | Ohio |
| Florida | Tennessee |
| Louisiana | Texas |
| Mississippi | Washington, DC |

June 26, 2018

**Via ECF and Federal Express**
Hon. Robert D. Drain
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Gustavia Home, LLC v. Deutsche Bank National Trust Company, as trustee, et al.*
      Adversary Proceeding No: 17-08233-rdd
      Adjournment of 7/25/18 Conference/Hearing

Dear Judge Drain:

This firm represents defendants, Deutsche Bank National Trust Company, as trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 (the "Trust") and Specializes Loan Servicing, LLC ("SLS") (the Trust and SLS together, the "Defendants"), in the above-referenced adversary proceeding.

Please let this letter serve as confirmation that the July 25, 2018 conference in the adversary proceeding was adjourned, on consent and with the approval of the Court, to **August 29, 2018 at 10 a.m.**, the return date of Defendants' motion for summary judgment.

Thank you for your attention and consideration to this matter.

Respectfully submitted,

McGlinchey Stafford PLLC

Kristen D. Romano

cc:   Rafi Hasbani, Esq. (*via* ECF)

2129072.1